

# THE THIRTEENTH COURT OF APPEALS

## 13-22-00434-CV

STEPHEN S. L. EARLEY AND DOROTHY ANN EARLEY
v.
NATIONSTAR MORTGAGE L.L.C. A/K/A MR. COOPER

On Appeal from the
444th District Court of Cameron County, Texas
Trial Court Cause No. 2016-DCL-03839

JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the appeal should be dismissed. The Court orders the appeal DISMISSED in accordance with its opinion. Costs of the appeal are adjudged against appellants.

We further order this decision certified below for observance.

October 20, 2022